**DISMISS; and Opinion Filed May 10, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01295-CV**

**IN THE INTEREST OF S.M.P. AND W.A.P., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-00863**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers

The Court has before it appellant's April 30, 2013 unopposed motion to dismiss appeal and expedite the issuance of mandate. *See* TEX. R. APP. P. 42.1(a), 18.1(c). The Court **GRANTS** the motion, **DISMISSES** the appeal, and **DIRECTS** the Clerk of the Court to issue the mandate *instanter*.

PER CURIAM

121295F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF S.M.P. AND
W.A.P., CHILDREN

No. 05-12-01295-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-00863.
Opinion delivered per curiam. Justices
Moseley, Bridges and Lang-Miers sitting for
the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 10th day of May, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE